1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California 95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mail: service@moorelawfirm.com

5  Attorney for Plaintiff
   Darren Gilbert

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARREN GILBERT, | Case No. 1:22-cv-00147-JLT-EPG |
| Plaintiff, | STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER |
| vs. | |
| MOHAMED N. ZOKARI, individually and dba NUNES MARKET, et al., | (ECF No. 11) |
| Defendants. | |

**WHEREAS**, Plaintiff, Darren Gilbert ("Plaintiff"), seeks to amend his complaint to allege additional access barriers which relate to his disability which were identified during the pendency of this action;

**WHEREAS**, the Ninth Circuit both urges and requires Plaintiff to identify in his complaint all barriers identified which relate to his disability. Chapman v. Pier 1 Imports (U.S.) Inc., 631 F.3d 939, 944 (9th Cir. 2011); Oliver v. Ralphs Grocery Co., 654 F.3d 903, 909 (9th Cir. 2011);

**WHEREAS,** Plaintiff has not unduly delayed the amendment, does not bring it in bad faith, the amendment is not futile, and such amendment does not prejudice the defendants, nor does the amendment in any way change the nature of the action; and

1  **WHEREAS**, this amendment would not alter any dates or deadlines set by the Court;

2  **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and
3  Defendants Mohamed N. Zokari individually and dba Nunes Market, and Tina Zokari, the
4  parties to this Action, through their respective attorneys of record, that Plaintiff may file a First
5  Amended Complaint, a copy of which is attached hereto as Exhibit "A."

6  **IT IS FURTHER STIPULATED** that Plaintiff shall file his First Amended Complaint
7  within five (5) calendar days of the Court's Order permitting such filing, and that Defendants'
8  responses thereto shall be due as required by the Federal Rules of Civil Procedure.

9  **IT IS SO STIPULATED.**

11  Dated: December 8, 2022         MOORE LAW FIRM, P.C.

13                                  */s/ Tanya E. Moore*
                                    Tanya E. Moore
14                                  Attorney for Plaintiff,
                                    Darren Gilbert

16  Dated:  December 12, 2022       VAUGHAN & ASSOCIATES LAW OFFICE

17                                  */s/ Khushpreet R. Mehton*
                                    Cris C. Vaughan
18                                  Khushpreet R. Mehton
19                                  Attorneys for Defendants,
                                    Mohamed N. Zokari individually and dba Nunes
20                                  Market, and Tina Zokari

# ORDER

Pursuant to the parties' stipulation (ECF No. 11), IT IS ORDERED that Plaintiff shall file his First Amended Complaint, a copy of which was filed with the Parties' stipulation (ECF No. 11-1), within five (5) days of the date this Order is entered.  IT IS FURTHER ORDERED that Defendants' responses thereto shall be filed within the time required by the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated:   **December 13, 2022**            /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE