1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California 95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mail: service@moorelawfirm.com

5  Attorney for Plaintiff
   Darren Gilbert

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARREN GILBERT, | Case No. 1:22-cv-00147-JLT-EPG |
| Plaintiff, | **STIPULATION TO MODIFY SCHEDULING ORDER, CONTINUE MID-DISCOVERY STATUS CONFERENCE, AND SCHEDULE SETTLEMENT CONFERENCE; ORDER** |
| vs. | |
| MOHAMED N. ZOKARI, individually and dba NUNES MARKET, et al., | |
| Defendants. | (ECF No. 15) |

**WHEREAS**, a Scheduling Order issued in this action on June 3, 2022, setting among other deadlines a fact discovery cutoff of March 31, 2023 (Dkt. 9);

**WHEREAS**, a Mid-Discovery Status Conference in this matter is set for January 30, 2022 before Magistrate Judge Erica P. Grosjean (Dkt. 10);

**WHEREAS**, Plaintiff, Darren Gilbert ("Plaintiff"), and Defendants Mohamed N. Zokari individually and dba Nunes Market, and Tina Zokari (collectively "Defendants" and together with Plaintiff, "the Parties") have engaged in settlement discussions whereby on August 31, 2022, Plaintiff provided Defendants a settlement proposal including a list of the injunctive relief he is seeking to resolve this action, namely removal of the alleged barriers to his access at the Facility;

**WHEREAS**, on October 3, 2022, Defendants provided a redline of the proposed settlement agreement, which redlines Plaintiff approved on October 5, 2022, and therefore the Parties have reached an agreement in principle as to the scope and timeline for appropriate injunctive relief;

**WHEREAS**, on October 5, 2022, Plaintiff relayed a monetary demand for resolution of his claims for damages under the California Unruh Civil Rights Act and attorney's fees and costs;

**WHEREAS**, despite follow-up efforts by Plaintiff, Defendants have not yet responded to the monetary demand;

**WHEREAS**, as the Parties are in agreement as to the appropriate injunctive relief, they have not undertaken discovery relating to Plaintiff's claims apart from initial disclosures and Plaintiff's inspection of the subject property pursuant to Federal Rule of Civil Procedure 34;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties, through their respective attorneys of record, that in order to promote a full settlement of this matter, good cause exists to modify the Scheduling Order and continue the Mid-Discovery Status Conference as follows:

|  | Old Date | New Date |
|---|---|---|
| Nonexpert Discovery Cutoff | March 31, 2023 | May 26, 2023 |
| Expert Disclosure | April 28, 2023 | June 9, 2023 |
| Rebuttal Expert Disclosure | May 26, 2023 | June 23, 2023 |
| Expert Discovery Cutoff | June 26, 2023 | July 21, 2023 |
| Mid-Discovery Conference | January 30, 2023 | April 4, 2023 or later at the Court's convenience |

No modifications of the dispositive motion deadlines, pretrial conference or trial dates are required at this time.

**FURTHER,** the Parties hereby jointly request that a settlement conference be scheduled before a Magistrate Judge at the Court's earliest convenience.

**IT IS SO STIPULATED.**

Dated: January 23, 2023                    MOORE LAW FIRM, P.C.

                                           */s/ Tanya E. Moore*
                                           Tanya E. Moore
                                           Attorney for Plaintiff,
                                           Darren Gilbert

Dated:  January 23, 2023                   VAUGHAN & ASSOCIATES LAW OFFICE, APC

                                           /s/ Khushpreet R. Mehton
                                           Cris C. Vaughan
                                           Khushpreet R. Mehton
                                           Attorneys for Defendants,
                                           Mohamed N. Zokari individually and dba Nunes
                                           Market, and Tina Zokari

**ORDER**

Based on the parties' stipulation (ECF No. 15), IT IS ORDERED that the Scheduling Order (ECF No. 9) is hereby modified[1] as follows:

|  | Old Date | New Date |
|---|---|---|
| Nonexpert Discovery Cutoff | March 31, 2023 | May 26, 2023 |
| Expert Disclosure | April 28, 2023 | June 9, 2023 |
| Rebuttal Expert Disclosure | May 26, 2023 | June 23, 2023 |
| Expert Discovery Cutoff | June 26, 2023 | July 21, 2023 |
| Mid-Discovery Conference | January 30, 2023 | April 4, 2023 at 10:30 a.m. |

For the April 4, 2023 mid-discovery conference, the parties are reminded to file a joint report at least one week before the conference. (ECF No. 9, p. 3).

Additionally, based on the parties' request to participate in a settlement conference, IT IS ORDERED that the parties shall jointly email Courtroom Deputy Michelle Rooney (mrooney@caed.uscourts.gov) by no later than January 31, 2023, to schedule a settlement conference, which will be set before a different Judge than the undersigned.

IT IS SO ORDERED.

Dated:   **January 24, 2023**              /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to the parties' stipulation, the September 1, 2023 dispositive motion filing deadline, the January 12, 2024 pretrial conference, and the March 12, 2024 trial remain in place.