Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@moorelawfirm.com

Attorney for Plaintiff
Darren Gilbert

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>  Plaintiff,<br>vs.<br><br>MOHAMED N. ZOKARI, individually and dba NUNES MARKET, et al.,<br><br>  Defendants. | Case No. 1:22-cv-00147-JLT-EPG<br><br>**SECOND STIPULATION TO MODIFY SCHEDULING ORDER AND CONTINUE MID-DISCOVERY STATUS CONFERENCE; ORDER**<br><br>**(ECF No. 20)** |

1

1   **WHEREAS**, a Scheduling Order issued in this action on June 3, 2022 (Dkt. 9);

2   **WHEREAS**, the Court previously modified the Scheduling Order, upon the stipulation of Plaintiff, Darren Gilbert ("Plaintiff"), and Defendants Mohamed N. Zokari individually and dba Nunes Market, and Tina Zokari (collectively "Defendants" and together with Plaintiff, "the Parties"), such that among other deadlines, the fact discovery cutoff is now May 26, 2023 (Dkt. 16);

7   **WHEREAS**, a Mid-Discovery Status Conference in this matter is currently set for April 4, 2023 before Magistrate Judge Erica P. Grosjean (Dkt. 16);

9   **WHEREAS**, a Settlement Conference in this matter is currently set for May 2, 2023 before Magistrate Judge Sheila K. Oberto (Dkt. 18);

11  **WHEREAS**, the Parties have engaged in settlement discussions whereby on August 31, 2022, Plaintiff provided Defendants a settlement proposal including a list of the injunctive relief he is seeking to resolve this action, namely removal of the alleged barriers to his access at the Facility;

15  **WHEREAS**, on October 3, 2022, Defendants provided a redline of the proposed settlement agreement, which redlines Plaintiff approved on October 5, 2022, and therefore the Parties have reached an agreement in principle as to the scope and timeline for appropriate injunctive relief;

19  **WHEREAS**, on October 5, 2022, Plaintiff relayed a monetary demand for resolution of his claims for damages under the California Unruh Civil Rights Act and attorney's fees and costs;

22  **WHEREAS**, despite follow-up efforts by Plaintiff, Defendants have not yet responded to the monetary demand;

24  **WHEREAS**, as the Parties are in agreement as to the appropriate injunctive relief, pending the May 2, 2023 settlement conference, they have not undertaken discovery relating to Plaintiff's claims apart from initial disclosures and Plaintiff's inspection of the subject property pursuant to Federal Rule of Civil Procedure 34;

28  //

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties, through their respective attorneys of record, that in order to promote a full settlement of this matter, good cause exists to modify the Scheduling Order and continue the Mid-Discovery Status Conference as follows:

|  | Old Date | New Date |
|---|---|---|
| Nonexpert Discovery Cutoff | May 26, 2023 | July 28, 2023 |
| Expert Disclosure | June 9, 2023 | August 11, 2023 |
| Rebuttal Expert Disclosure | June 23, 2023 | August 25, 2023 |
| Expert Discovery Cutoff | July 21, 2023 | September 29, 2023 |
| Mid-Discovery Conference | Date: April 4, 2023<br>Time: 11:00 a.m.<br>Dept. 10 | June 6, 2023 or later at the Court's convenience |
| Dispositive Motion Filing Deadline: | September 1, 2023 | December 1, 2023 |
| Pretrial Conference | Date: January 12, 2024<br>Time: 1:30 p.m.<br>Dept. 4 | March 8, 2024 or later at the Court's convenience |
| Jury Trial | Date: March 12, 2024<br>Time: 8:30 a.m.<br>Dept. 4 | May 14, 2024 or later at the Court's convenience |

**IT IS SO STIPULATED.**

Dated: March 28, 2023                                   MOORE LAW FIRM, P.C.

                                          */s/ Tanya E. Moore*
                                          Tanya E. Moore
                                          Attorney for Plaintiff,
                                          Darren Gilbert

1  Dated: March 28, 2023                    VAUGHAN & ASSOCIATES LAW OFFICE, APC

2

3                                             */s/ Cris C. Vaughan*
                                              Cris C. Vaughan
4                                             Khushpreet R. Mehton
                                              Attorneys for Defendants,
5                                             Mohamed N. Zokari individually and dba Nunes
                                              Market, and Tina Zokari
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ORDER

Based on the parties' stipulation (ECF No. 20), IT IS ORDERED that the scheduling order (ECF Nos. 9, 16) is modified as follows:

|  | Old Date | New Date |
|---|---|---|
| Nonexpert Discovery Cutoff | May 26, 2023 | July 28, 2023 |
| Expert Disclosure | June 9, 2023 | August 11, 2023 |
| Rebuttal Expert Disclosure | June 23, 2023 | August 25, 2023 |
| Expert Discovery Cutoff | July 21, 2023 | September 29, 2023 |
| Mid-Discovery Conference | Date: April 4, 2023<br>Time: 11:00 a.m.<br>Dept. 10 | Date: June 6, 2023[1]<br>Time: 11:00 a.m.<br>Dept. 10 |
| Dispositive Motion Filing Deadline: | September 1, 2023 | December 1, 2023 |
| Pretrial Conference | Date: January 12, 2024<br>Time: 1:30 p.m.<br>Dept. 4 | Date: April 1, 2024<br>Time: 1:30 p.m.<br>Dept. 4 |
| Jury Trial | Date: March 12, 2024<br>Time: 8:30 a.m.<br>Dept. 4 | Date: June 4, 2024<br>Time: 8:30 a.m.<br>Dept. 4 |

For the June 6, 2023 mid-discovery status conference, at least seven (7) days before the conference, the parties are reminded to file a joint report. (ECF No. 9, p. 3).

IT IS SO ORDERED.

Dated:  **March 29, 2023**         /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE

---

[1] The Court's March 28, 2023 minute order continued the mid-discovery status conference to May 24, 2023, at 11 a.m. (ECF No. 19). However, the Court will continue the conference to June 6, 2023, at 11 a.m. to accommodate the parties' requested date.